# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 12-1652-RGA ) ) **JURY TRIAL DEMANDED** |
| ELAVON, INC., | ) ) |
| Defendant. | ) ) |

## DEFENDANT ELAVON, INC.'S MOTION TO STAY
## PENDING REEXAMINATION OF THE PATENTS-IN-SUIT

Defendant Elavon, Inc. ("Elavon") moves to stay this case pending the ex parte reexamination of U.S. Patent No. 6,311,231 (Control No. 90/012,617) and the inter partes reexamination of U.S. Patent No. 6,668,286 (Control No. 95/002,317). Elavon joins in and incorporates the arguments set forth in the briefs filed by defendants HSN, Inc. (C.A. No. 12-1546, D.I. 10) and Bosch Security Systems Inc. (C.A. No. 12-1650, D.I. 10).[1]

Plaintiff Pragmatus Telecom, LLC has alleged that Elavon, HSN, Inc. and Bosch Security Systems each "infringe directly one or more claims of" U.S. Patent Nos. 6,311,231 and 6,668,286. See D.I. 9, ¶¶ 10, 13; C.A. No. 12-1546, D.I. 1 ¶¶ 10, 13; C.A. No. 12-1650, D.I. 10 ¶¶ 10, 13.

---

[1] A motion to stay tolls the time for Elavon to respond to the Amended Complaint. *See, e.g., Intravascular Research Ltd. v. Endosonics Corp.*, 994 F. Supp. 564, 567 n.3 (D. Del. 1998) ("Historically, motions to stay have been recognized as tolling the time period for answering a complaint because pre-answer consideration of these motions have been found to maximize the effective utilization of judicial resources."); see also 5C Wright & Miller, FEDERAL PRACTICE AND PROCEDURE § 1360, 86 (3d ed. 2004).

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Anthony H. Son
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000

Dated: February 19, 2013
1095107 / 39823

By:  /s/ Bindu A. Palapura
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant Elavon, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Bindu A. Palapura, hereby certify that on February 19, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 19, 2013, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Brian E. Farnan | Margaret Elizabeth Day |
| Farnan LLP | Ian N. Feinberg |
| 919 North Market Street, 12th Floor | David L. Alberty |
| Wilmington, DE 19801 | Clayton Thompson |
| bfarnan@farnanlaw.com | Marc C. Belloli |
| | Sal Lim |
| | Yakov Zolotorev |
| | Feinberg Day Alberti & Thompson LLP |
| | 401 Florence Street, Suite 200 |
| | Palo Alto, CA 94301 |
| | eday@feinday.com |
| | ifeinberg@feinday.com |
| | dalberti@feinday.com |
| | cthompson@feinday.com |
| | mbelloli@feinday.com |
| | slim@feinday.com |
| | yzolotorev@feinday.com |

By:   /s/ Bindu A. Palapura
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1093562/39823